IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEIF HENRY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-1380 |
| | : | |
| CITY OF ALLENTOWN, et al., | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW,** this 7th day of January 2013, upon consideration of Defendants' Motion to Dismiss (Doc. No. 5), Plaintiff's Response thereto (Doc. No. 9), Defendants' Motion for Leave to File a Reply Brief (Doc. No. 10), and Defendants' Reply (Doc. No. 10, Ex. A), **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Leave to File a Reply Brief is **GRANTED**. Defendants' Reply, attached as Exhibit A to Defendants' Motion for Leave to File a Reply Brief, shall be deemed filed.

2. Defendants' Motion to Dismiss is **GRANTED**, as follows:

    a. Counts I and II are dismissed *without prejudice* to Plaintiff's right to file a second amended complaint, within fourteen (14) days of this Order, stating plausible § 1981 discrimination and § 1983 procedural due process claims against Defendants City of Allentown and Maclean;

    b. Count III is dismissed *with prejudice* as to Defendant MacLean;

    c. Count IV is dismissed *with prejudice* as to Defendant MacLean but *without prejudice* to Plaintiff's right to file a second amended

complaint, within fourteen (14) days of this Order, stating a plausible

ADA retaliation claim against Defendant City of Allentown.

3. Per my Order of August 27, 2012, discovery in this matter remains **STAYED**.

                                    BY THE COURT:

                                    */s/ Lawrence F. Stengel*
                                    LAWRENCE F. STENGEL, J.