IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEIF HENRY,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF ALLENTOWN and CHIEF ROGER MACLEAN,<br><br>            Defendants. | CIVIL ACTION<br>NO. 12-1380 |

## ORDER

**AND NOW**, this 5th day of December, 2013, upon consideration of Defendants' Motion to Dismiss (Docket #17), Plaintiff's brief in opposition thereto, and Plaintiff's Motion to Amend/Correct the Complaint (Docket #21), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Amend the Complaint (Docket #21) is **DENIED** and Plaintiff may not file the proposed third amended complaint attached to the motion, though he may file an amended complaint following the rulings within this Order.

2. Defendants' Motion to Dismiss is **GRANTED** as follows:

    a. Count I is **DISMISSED *WITHOUT* PREJUDICE** as to all Defendants.

    b. Count II is **DISMISSED *WITH* PREJUDICE** as to all Defendants.

    c. Count III is **DISMISSED *WITHOUT* PREJUDICE** as to all Defendants.

      d.  Count IV is **DISMISSED *WITH* PREJUDICE** as to all Defendants.

3. Plaintiff may file a third amended complaint in accordance with this Order and the accompanying memorandum opinion within 14 days of this Order.

                                                        **BY THE COURT:**

                                                **/s/ Jeffrey L. Schmehl**
                                                Jeffrey L. Schmehl, J.