IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEIF HENRY, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ALLENTOWN and CHIEF ROGER MACLEAN, <br><br> Defendants. | CIVIL ACTION <br> NO. 12-1380 |

## ORDER

**AND NOW**, this 17th day of September, 2014, upon consideration of Defendants' motion to dismiss (Docket #28) and Plaintiff's response, it is hereby **ORDERED** that for reasons set forth in the accompanying memorandum opinion, the motion is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**. The Clerk shall mark the case closed.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.